UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                    )
IN RE YASMIN AND YAZ (DROSPIRENONE)) 3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND      )
PRODUCTS LIABILITY LITIGATION       )   MDL No. 2100
_____ )
                                        ORDER
                                        VACATING DISMISSAL

**This Document Relates to:**

*Melissa Lynn Gillette v. Bayer Corp. et al.*
No. 3:10-cv-12239-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

Plaintiff has filed a motion to vacate (Doc. 8) the order of dismissal entered on March 28, 2011 (Doc. 6) for failure to comply with the Plaintiff Fact Sheet Requirements found in Case Management Order Number 12. Plaintiff states that she has submitted a completed Plaintiff Fact Sheet and is now in compliance with the requirements of Case Management Order Number 12 (Doc. 8). Defendants have not responded to plaintiff's motion. Accordingly, the Court hereby **vacates** the Order dismissing without prejudice Plaintiff Melissa Lynn Gillette's case and thereby **reinstates** her case.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2011.05.05
16:10:50 -05'00'

**Chief Judge**
**United States District Court**              Date: May 5, 2011